```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION
```

AVIATION SALES, LLC,            )
                                )
            Plaintiff,          )
                                )
      v.                        )     No. 13 C 6791
                                )
PEOPLE EXPRESS AIRLINES, INC.,  )
et al.,                         )
            Defendants.         )

## MEMORANDUM ORDER

This Court has received:

    1. the motion of plaintiff Aviation Sales, LLC ("Aviation Sales") for the entry of an ex parte judgment by confession against the three defendants in this action, which motion has been noticed up for presentment on October 30, 2013; and

    2. a document captioned "Answer" prepared pro se by one of those three defendants, Michael Morisi ("Morisi"), which he seeks to have treated as the answer for all three defendants.

But Morisi is not a lawyer, so that under the law he cannot act on behalf of the other two codefendants--People Express Airlines, Inc. (a corporation) and TEM Enterprises ("TEM").[1]

---

[1] TEM is sued as "TEM Enterprises d/b/a XTRA Airways," a name that conforms to the documents that TEM executed and that are attached as exhibits to Aviation Sales' motion. Morisi's self-prepared Answer, however, refers to that entity as "TEM Enterprises LLC." This Court has no information as to which of the names in quotation marks is correct, but in either event Morisi cannot represent that entity either.

Both for that reason and because the Answer does not at all conform to the requirements of Fed. R. Civ. P. ("Rule") 8(b), at this point Aviation Sales' Complaint has not been met by an appropriate responsive pleading.

Because the Complaint has not been answered in accordance with legal requirements, all three defendants should be aware of their need to respond appropriately on or before the designated October 30 presentment date.

_____
Milton I. Shadur
Senior United States District Judge

Date:  October 28, 2013