```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION
```

Aviation Sales, LLC,            )
                                )
        Plaintiff,             )
                                )
   v.                           )   No. 13 C 6791
                                )
People Express Airlines, Inc.,  )
TEM Enterprises d/b/a XTRA      )
Airways and Michael Morisi      )
                                )
        Defendants              )

## MEMORANDUM OPINION AND ORDER

On November 8, 2013 plaintiff Aviation Sales, LLC ("Aviation Sales") filed two submissions targeting individual defendant Michael Morisi ("Morisi"):

    1. In principal part Aviation Sales' filing comprises all of the elements needed to obtain a summary judgment against Morisi on Count II of the Complaint in this action-- elements that conform to the requirements of Fed.R.Civ.P. ("Rule") 56 and of this District Court's LR 56.1 implementing that Rule.

    2. Because Morisi was not represented by counsel, Aviation Sales supplemented its bulky summary judgment submission by filing a copy of the required explanatory communication to Morisi captioned "Notice to Pro Se Litigant Opposing Motion for Summary Judgment" ("Notice").

    Here is the self-explanatory final paragraph of the Notice:

> The deadline for you to file your response opposing plaintiff's motion for summary judgment is twenty-eight (28) days from today, on or before Friday, December 6, 2013.

December 6 has come and gone without any response from Morici, so that entry of the requested summary judgment is appropriate.

This Court has reviewed Aviation Sales' submissions in detail and finds that they accurately reflect Morisi's defaulted obligations as established by the September 3, 2013 Commercial Guaranty that he executed in Aviation Sales' favor. Those obligations comprise $171,000 in unpaid principal, accrued and unpaid interest in the amount of $10,089, attorneys' fees of $3,662.50 and recoverable out-of-pocket expenses of $1,068.60, for a total of $185,820.10.

Accordingly judgment is ordered to be entered in favor of Aviation Sales and against Morisi in the sum of $185,820.10. Because the other named defendants -- People Express Airlines, Inc. and TEM Enterprises d/b/a XTRA Airways -- have previously been the subjects of a judgment by confession, this is a final judgment that concludes this litigation.

_____
Milton I. Shadur
Senior United States District Judge

Dated:   December 11, 2013